# United States District Court

-------------------------------- DISTRICT OF SOUTH DAKOTA --------------------------------

SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

   v.

TIMOTHY J. HILLS,

        Defendant.

ORDER TO ANSWER
INTERROGATORIES AND
RESPOND TO REQUEST
FOR PRODUCTION

CASE NUMBER: CR. 00-40064

Pursuant to 28 U.S.C. § 3015 and the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED THAT Timothy J. Hills will answer each of the items contained within the document entitled Interrogatories Propounded by United States of America to Defendant. You shall also provide documents as requested in the document entitled Request for Production. Both of the referenced documents have previously been mailed to you by the plaintiff. All responses are due within twenty (20) days of the date you receive this Order.

Dated this **20** day of May, 2010.

BY THE COURT:

John E. Simko
United States Magistrate Judge